THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Steven Burton, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-138
 Submitted February 1, 2012  Filed
February 29, 2012    

AFFIRMED

 
 
 
 Appellate Defender Tristan M. Shaffer, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant  Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor J. Strom Thurmond, Jr., of Aiken, for Respondent.
 
 
 

PER CURIAM: Steven Burton appeals his convictions for
 one count of receiving stolen goods and eight counts of violating the Motor
 Vehicle Chop Shop Act, arguing investigators used evidence obtained during an
 illegal search as the basis for probable cause in support of a search warrant. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Forrester, 343 S.C. 637, 642, 541 S.E.2d 837, 840 (2001) ("In most cases,
 making a motion in limine to exclude evidence at the beginning of trial does
 not preserve an issue for review because a motion in limine is not a final
 determination.  The moving party, therefore, must make a contemporaneous
 objection when the evidence is introduced."  (internal alteration, italics,
 and quotation marks omitted)).
AFFIRMED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.